**Order entered September 10, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00903-CV

### ALBERT LUTTERODT, Appellant

### V.

### DAVID J. POTTER AND JACKSON M. POTTER, Appellees

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-19-01182-D**

## ORDER

Before the Court is appellant's September 6, 2019 first motion for extension of time to file his opening brief. Pursuant to Texas Rule of Appellate Procedure 38.6, an appellant's opening brief is due within thirty days after the later of the date the clerk's record was filed or the date the reporter's record was filed. *See* TEX. R. APP. P. 38.6(a). While the clerk's record has been filed, the reporter's record has not. Accordingly, we **DENY** the motion as premature.

/s/     BILL WHITEHILL
          JUSTICE